UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOARD OF SUPERVISORS OF THE LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1593** |
| **SMACK APPAREL COMPANY ET AL.** | **SECTION: "S" (2)** |

## PERMANENT INJUNCTION

On December 8, 2006, Plaintiffs Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College, Board of Regents of the University of Oklahoma, Ohio State University, University of Southern California, and The Collegiate Licensing Company (collectively "Plaintiffs") moved this Court for entry of a permanent injunction against Defendants Wayne Curtiss and Smack Apparel Company.

Having considered the memorandum and exhibits filed in support of Plaintiff's Motion for Entry of Permanent Injunction, and all other pleadings in this action, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion for entry of a permanent injunction is **GRANTED**. (Document #227.)

**IT IS FURTHER ORDERED** that:

Defendants and all agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, or any of them individually, are permanently enjoined from manufacturing, distributing, advertising, selling, or offering for sale any of the six designs found to be infringing in the court's July 18, 2006 summary judgment order or any other designs that are similar to the six infringing designs.

New Orleans, Louisiana, this __7th__ day of February, 2007.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**