UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY, ETC. ET AL. | CIVIL ACTION |
| VERSUS | NO. 04-1593 |
| SMACK APPAREL COMPANY ET AL. | SECTION "S" (2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Renewed Motion for Civil Contempt, Sanctions, Attorneys' Fees and Costs filed by plaintiffs, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, the Board of Regents of the University of Oklahoma, Ohio State University, the University of Southern California and the Collegiate Licensing Company, Record Doc. No. 295, as amended by their memorandum in support, Record Doc. No. 312, is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that defendants, Smack Apparel Company and Wayne Curtiss, must pay to plaintiffs $38,912.37 in reasonable attorney's fees and $7,312.73 in reimbursable costs.

New Orleans, Louisiana, this __2nd__ day of _____April_____, 2009.

_____
UNITED STATES DISTRICT JUDGE